UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA RAYBURN, | ) | Case No. 1:13 cv 544 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| OXFORD LAW, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice.  The parties may file any additional documentation evidencing the settlement within 30 days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                             _/s/Donald C. Nugent___
                                             DONALD C. NUGENT
                                             United States District Judge

DATE: _September 25, 2013_____